IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| In Re: ) | |
| ) | |
| Randal D. Miller, *Debtor* ) | |
| ) | Case No. 17-40617-tls |
| Federal National Mortgage Association ("Fannie Mae"), by ) | |
| Seterus, Inc., *Creditor* ) | Chapter: 13 |
| ) | |
| vs. ) | |
| ) | |
| Randal D. Miller, *Debtor* ) | |
| ) | |
| and ) | |
| ) | |
| Kathleen Laughlin, *Trustee* ) | |

### MOTION FOR ORDER ALLOWING PROOF OF CLAIM
### TO BE FILED OUT OF TIME

COMES NOW Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc., its successors or assigns, ("Creditor"), in support of its motion, states as follows:

On July 1, 2002, Randal D. Miller, executed a promissory note (the "Note") in the principal sum of $171,000.00, for a residence commonly known as 2601 Norman Circle, Lincoln, NE, 68512. A copy of the promissory note is attached hereto and made a part hereof by reference, marked for identification as "Exhibit A".

1. Contemporaneously with the execution of the Note, a Deed of Trust (the "Deed of Trust") was executed to secure repayment of the Note. The Deed of Trust was recorded in the Register of Deeds of Lancaster County, Nebraska, on July 3, 2002, Document No. 2002042718. A copy of the Deed of Trust is attached and made a part by reference, marked for identification as "Exhibit B".

2. Creditor purchased the Note secured by the Deed of Trust and is the holder of the Note and the lien in the real property herein described above.

3. The Debtor's Plan has not been confirmed. Creditor was listed as a secured creditor in the Plan.

4.  Due to mistake and excusable neglect, Creditor failed to timely file its proof of claim prior to the established bar date.

5.  **WHEREFORE**, Creditor, its subsidiaries, affiliates, predecessors in interests, successors or assigns, prays for an order allowing its Proof of Claim to be filed out of time, so that the Trustee may disburse payments to Creditor per the terms of the Debtor's confirmed Chapter 13 Plan.

SOUTHLAW, P.C.
 /s/ Lisa C. Billman
Edward E. Brink (NE #19504)
Wendee Elliott-Clement (MBE #50311)
Lisa C. Billman (MBE #64535, KS #25177)
10855 W. Dodge Rd., Suite 230
Omaha, NE 68154
(913) 663-7600 Ext. 351
(402) 342-4844 Fax
nebkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 196124
Case No: 17-40617-tls

## NOTICE OF RESISTANCE DEADLINE

**NOTICE IS HEREBY GIVEN** that a Motion to Allow Claim Out of Time was filed by Federal National Mortgage Association ("Fannie Mae"), by Seterus, Inc., herein by copy of which is attached to this notice.

**NOTICE IS FURTHER GIVEN** that unless a written resistance is filed on or before December 7, 2017, which is twenty-one (21) days from the date this notice was mailed (with a copy to the undersigned), to Clerk of Bankruptcy Court, 111 South 18th Plaza, Suite 1125, Omaha, Nebraska 68102, an order sustaining the motion/application will be filed by the Court. A hearing will not be held on the motion/application unless a resistance is timely filed with the Clerk.

SOUTHLAW, P.C.
 /s/ Lisa C. Billman
Edward E. Brink (NE #19504)
Wendee Elliott-Clement (MBE #50311)
Lisa C. Billman (MBE #64535, KS #25177)
10855 W. Dodge Rd., Suite 230
Omaha, NE 68154
(913) 663-7600 Ext. 351
(402) 342-4844 Fax
nebkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 196124
Case No: 17-40617-tls

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this November 16, 2017 with the United States Bankruptcy Court for the District of Nebraska, and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court

Randal D. Miller
2601 Norman Circle
Lincoln, NE  68512
**DEBTOR**

Christopher W. Peterson
Wolfe, Snowden, Hurd, Luers & Ahl, LLP
1248 O Street, Ste 800
Lincoln NE  68508
**ATTORNEY FOR DEBTOR**

Kathleen Laughlin
Chapter 13 Trustee's Office
13930 Gold Circle, Suite 201
Omaha, NE  68144
**TRUSTEE**

Patricia Fahey
U.S. Trustee's Office
111 So 18th Plz
Suite 1148
Omaha, NE  68102
**U.S. TRUSTEE**

SOUTHLAW, P.C.
 /s/ Lisa C. Billman
Edward E. Brink (NE #19504)
Wendee Elliott-Clement (MBE #50311)
Lisa C. Billman (MBE #64535, KS #25177)
10855 W. Dodge Rd., Suite 230
Omaha, NE 68154
(913) 663-7600 Ext. 351
(402) 342-4844 Fax
nebkecf@southlaw.com
**ATTORNEYS FOR CREDITOR**

File No. 196124
Case No: 17-40617-tls

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-4<br>Case 17-40617-TLS<br>District of Nebraska<br>Lincoln Office<br>Thu Nov 16 12:50:07 CST 2017 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| US Bankruptcy Court<br>460 Federal Building<br>100 Centennial Mall North<br>Lincoln, NE 68508-3814 | AAA COLLECTIONS, INC.<br>P O BOX 881<br>SIOUX FALLS, SD 57101-0881 | ACCOUNTS RECEIVABLE SOLUTIONS<br>7121 A STR<br>SUITE 102<br>LINCOLN, NE 68510-4289 |
| American Collection System<br>407 S. 21st St.<br>Laramie, WY 82070-4323 | Associated Anesthesiologists<br>6911 Van Dorn, Ste. 2<br>Lincoln, NE 68506-6801 | Automated Accounts Management Sv.<br>4800 Mills Civic Pkwy., #202<br>West Des Moines, IA 50265-5265 |
| Bank of America<br>Attn: Bankruptcy Dept.<br>475 Cross Point Pkwy., PO Box 9000<br>Getzville, NY 14068-9000 | Bank of America, NA<br>Attn: Bankruptcy Dept.<br>7105 Corporate Drive<br>Plano, TX 75024-4100 | Bryan Heart<br>1600 S. 48th St., Ste. 600<br>Lincoln, NE 68506-1299 |
| Bryan Medical Center<br>PO Box 6991<br>Lincoln, NE 68506-0991 | Chase<br>Attn: Bankruptcy Dept.<br>PO Box 659754<br>San Antonio, TX 78265-9754 | Consultants in Gastroenterology<br>1730 S. 70th St., Ste. 110<br>Lincoln, NE 68506-1680 |
| Countrywide Home Loans, Inc.<br>155 N. Lake Ave.<br>Pasadena, CA 91101-1849 | Credit Management<br>105 N. Wheeler<br>PO Box 1512<br>Grand Island, NE 68802-1512 | Edward E. Brink<br>10866 W. Dodge Rd., Ste. 230<br>Omaha, NE 68154 |
| Eye Surgical Associates<br>1710 S. 70th St.<br>Lincoln, NE 68506-1677 | Federal National Mortgage Association<br>14221 Dallas Parkway, Ste. 1000<br>Dallas, TX 75254-2946 | Federal National Mortgage Association<br>c/o Seterus, Inc.<br>14523 SW Millikan Way, #200<br>Beaverton, OR 97005-2352 |
| Hruska Physical Therapy Clinic, Inc.<br>5241 R St.<br>Lincoln, NE 68504-3422 | Inpatient Physicians<br>PO Box 6971<br>Lincoln, NE 68506-0971 | Integrated Cardiology Group<br>1600 S. 48th St., Ste. 600<br>Lincoln, NE 68506-1275 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kansas Counselors<br>PO Box 14765<br>Lenexa, KS 66285-4765 | Lancaster County Attorney<br>575 S. 10th Street<br>Lincoln, NE 68508-2810 |
| Lancaster County Treasurer<br>555 S. 10th Street<br>Lincoln, NE 68508-2860 | Lincoln Anesthesiology Group<br>575 S. 70th St., Ste. 305<br>Lincoln, NE 68510-2471 | Lincoln Fire<br>555 S. 10th St., Box 28<br>Lincoln, NE 68508-2803 |

| | | |
|---|---|---|
| Lincoln Orthopaedic Center<br>6900 A St.<br>Lincoln, NE 68510-4141 | Lincoln Pulmonary<br>2222 S. 16th St., Ste. 405<br>Lincoln, NE 68502-3793 | Lincoln Radiology<br>PO Box 7239<br>Loveland, CO 80537-0239 |
| Lincoln Surgical Group<br>4740 A St., Ste. 100<br>Lincoln, NE 68510-4854 | Lincoln Surgical Hospital<br>1710 S. 70th St.<br>Lincoln, NE 68506-1682 | Lisa I. Mansur, MD<br>3401 Plantation Dr., Ste. 160<br>Lincoln, NE 68516-4712 |
| Merchants Credit Adjusters<br>4005 S. 148th St.<br>Omaha, NE 68137-5561 | Nebraska Department of Revenue<br>Att: Bankruptcy Unit<br>PO Box 94818<br>Lincoln, NE 68509-4818 | Nebraska Dept. of Revenue<br>Attn:  Bankruptcy Unit<br>PO Box 94818<br>Lincoln, NE  68509-4818 |
| Nebraska Emergency Medicine<br>PO Box 310457<br>Des Moines, IA 50331-0457 | Nebraska Heart Institute PC<br>2000 Q St., Ste. 500<br>Lincoln, NE 68503-3610 | Nebraska Hematology Oncology<br>4004 Pioneer Woods Dr.<br>Lincoln, NE 68506-7548 |
| Nebraska Orthopaedic and Sports Medicine<br>575 S. 70th St., Ste. 200<br>Lincoln, NE 68510-2471 | Nebraska Trauma   Acute Care<br>2300 S. 16th St.<br>Lincoln, NE 68502-3704 | Pathology Medical Services<br>5440 South St.m, Ste. 200<br>Lincoln, NE 68506 |
| Physicians Network, PC<br>2000 Q St., Ste. 500<br>Lincoln, NE 68503-3610 | Professional Choice<br>PO Box 5234<br>Lincoln, NE 68505-0234 | Regions Bank<br>PO Box 18001<br>Hattiesburg, MS 39404-8001 |
| Seterus, Inc.<br>Attn:  Bankruptcy Dept.<br>PO Box 1047<br>Hartford, CT 06143-1047 | St. Elizabeth Hospital<br>3531 Solutions Center<br>Chicago, IL 60677-3005 | St. Elizabeth Hospital<br>Attn:  Bankruptcy Dept.<br>555 S. 70th St.<br>Lincoln, NE 68510-2494 |
| Union Planters Bank National Association<br>Attn:  Post Closing Dept.<br>PO Box 1718<br>Memphis, TN 38101-1718 | Urology PC<br>5500 Pine Lake Road<br>Lincoln, NE 68516-3389 | Christopher W. Peterson<br>Wolfe, Snowden, Hurd, Luers & Ahl, LLP<br>1248 O Street, Ste 800<br>Lincoln, NE 68508-1445 |
| Kathleen Laughlin<br>Chapter 13 Trustee's Office<br>13930 Gold Circle<br>Suite 201<br>Omaha, NE 68144-2304 | Patricia Fahey<br>U.S. Trustee's Office<br>111 So 18th Plz<br>Suite 1148<br>Omaha, NE 68102-1321 | Randal D. Miller<br>2601 Norman Circle<br>Lincoln, NE 68512-2030 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Federal National Mortgage Association (Fan | (d)Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    56
Bypassed recipients     3
Total                  59