## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK17-40617 |
| | ) | CHAPTER 13 |
| RANDAL D. MILLER, | ) | |
| | ) | |
| Debtor. | ) | |

## MOTION TO CONVERT FROM CHAPTER 13
## PROCEEDING TO CHAPTER 7 PROCEEDING AND 9013 NOTICE

COMES NOW the Debtor and hereby files his MOTION TO CONVERT FROM CHAPTER 13 PROCEEDING TO CHAPTER 7 PROCEEDING pursuant to 11 U.S.C. § 1307(a) for the reason that there has been a substantial reduction in Debtor's income.

WHEREFORE, the Debtor prays that the Court enter an ORDER converting the Chapter 13 proceeding to a Chapter 7 proceeding, and for such other and further relief as deemed appropriate by the Court.

RANDAL D. MILLER, Debtor

WOLFE, SNOWDEN, HURD, LUERS & AHL, LLP
Attorneys at Law
Wells Fargo Center
1248 "O" St., Ste. 800
Lincoln, NE 68508-1424
(402) 474-1507
cpeterson@wolfesnowden.com

By    /s/ Christopher W. Peterson, #25055

## 9013 NOTICE

TO ALL CREDITORS, PARTIES IN INTEREST AND TRUSTEE:

Please take notice that the Debtor above named has filed her MOTION TO CONVERT FROM CHAPTER 13 PROCEEDING TO CHAPTER 7 PROCEEDING on December 22, 2017 with the United States Bankruptcy Court for the District of Nebraska, Lincoln, Nebraska.

Pursuant to Neb. R. Bankr. P. 9013-1, notice is given to all parties in interest and all creditors that any resistance or objection to the Debtor's MOTION TO CONVERT FROM CHAPTER 13 PROCEEDING TO CHAPTER 7 PROCEEDING shall be filed on or before January 12, 2018.

If no resistance or objection is filed on or before January 12, 2018 the Court shall enter an ORDER APPROVING MOTION TO CONVERT FROM CHAPTER 13 PROCEEDING TO CHAPTER 7 PROCEEDING in accordance with Neb. R. Bankr. P. 3020. The Court shall consider such submission of the ORDER APPROVING MOTION TO CONVERT FROM CHAPTER 13 PROCEEDING TO CHAPTER 7 PROCEEDING as meaning that no further hearing be scheduled and will consider entry of the ORDER without further notice.

All resistance to any motion shall set forth the specific factual and legal basis and conclude with a particular request for relief.

DATED this 22nd day of December, 2017.

RANDAL D. MILLER, Debtor

WOLFE, SNOWDEN, HURD, LUERS & AHL, LLP
Attorneys at Law
Wells Fargo Center
1248 "O" St., Ste. 800
Lincoln, NE  68508-1424
(402) 474-1507
cpeterson@wolfesnowden.com

By    /s/ Christopher W. Peterson, #25055

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon all parties listed in the Court's Matrix by electronic transmission and by United States regular mail, postage prepaid, on this 22nd day of December, 2017.

/s/ Christopher W. Peterson, #25055

2