ocvt (01/14)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**460 Federal Building**
**100 Centennial Mall North**
**Lincoln, NE 68508**

In Re:

Randal D. Miller

Debtor(s)

Bankruptcy Proceeding No. 17–40617–TLS
Chapter 7

Judge: Thomas L. Saladino

**ORDER CONVERTING CASE**

Order Granting Motion to Convert Case to Chapter 7 from a Chapter 13. Within 30 days of the entry of this order (or within 14 days after final distribution, if later), the standing Chapter 13 Trustee shall file and transmit to the United States Trustee a final report and account. The pleading was filed, served and noticed pursuant to local rules. No timely resistance/objection was filed. The motion is granted. Movant is responsible for giving notice to parties in interest as required by rule or statute.

Dated: 1/16/18

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Copies mailed or electronically sent by the court to:
Debtor's Attorney – Christopher Peterson

Randal D. Miller
2601 Norman Circle
Lincoln, NE 68512