<u>IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA</u>

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK 17-40617 |
| | ) | CHAPTER 7 |
| RANDAL D. MILLER, | ) | |
| | ) | |
| Debtor. | ) | |

### **<u>AMENDED CREDITOR MATRIX</u>**

LINCOLN FIRE & RESCUE
555 SOUTH 10TH STREET, #28
LINCOLN, NE 68508-2803

NE HEART INSTITUTE PC
2672 SOLUTION CENTER
CHICAGO, IL 60677-2006

PATHOLOGY MEDICAL SERVICES
BOX 82653
LINCOLN, NE 68501

RADIOLOGY ASSOCIATES
7601 PIONEERS BLVD.
PO BOX 82568
LINCOLN, NE 68501

THE NEBRASKA NEUROSURGERY GROUP
SUITE 110
6041 VILLAGE DRIVE
LINCOLN, NE 68516

Dated March 12, 2018.

RANDAL D. MILLER, Debtor

WOLFE, SNOWDEN, HURD, LUERS & AHL, LLP
Attorneys at Law
Wells Fargo Center
1248 "O" St., Ste. 800
Lincoln, NE  68508-1424
(402) 474-1507
<u>cpeterson@wolfesnowden.com</u>

By    <u>/s/ Christopher W. Peterson, #25055</u>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon the US Trustee by electronic transmission on March 12, 2018.

/s/Christopher W. Peterson, #25055
Attorney of Record