United States Bankruptcy Court
District of Nebraska

In re:  
Randal D. Miller  
     Debtor  

Case No. 17-40617-TLS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0867-4      User: admin      Page 1 of 1      Date Rcvd: Mar 19, 2018  
                    Form ID: NTCDTED      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.  
db          +Randal D. Miller,    2601 Norman Circle,    Lincoln, NE 68512-2030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:  
           Christopher W. Peterson    on behalf of Debtor    Randal D. Miller cpeterson@wolfesnowden.com, bankruptcy@wolfesnowden.com  
           Jerry    Jensen    ustpregion13.om.ecf@usdoj.gov  
           Lisa C. Billman    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae), by Seterus, Inc. nebkecf@southlaw.com,, lisa.billman@southlaw.com  
           Thomas D. Stalnaker    t.stalnaker@sbbpc.com, ne07@ecfcbis.com;t.stalnaker@sbbpc.com  
           Wendee N. Elliott-Clement    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae), by Seterus, Inc. nebkecf@southlaw.com  
                                                                                                      TOTAL: 5

NtcDtEd (12/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**460 Federal Building**
**100 Centennial Mall North**
**Lincoln, NE 68508**

In Re:

Randal D. Miller

Debtor(s)

Bankruptcy Proceeding No. 17–40617–TLS
Chapter 7

Judge: Thomas L. Saladino

## NOTICE OF REQUIREMENT FOR FINANCIAL MANAGEMENT COURSE

As of this date, a debtor's statement of completion of a course concerning personal financial management as required by 11 U.S.C. § 727(a)(11) and Bankruptcy Rule 1007(b)(7) has **not** been filed.

According to Rule 1007(c), time limits for filing statements are as follows:

- In a chapter 7 case, the debtor shall file the statement within 60 days after the first date set for the meeting of creditors under § 341 of the Code.
- In a chapter 13 case, no later than the date when the last payment was made by the debtor as required by the plan or filing of a motion for hardship discharge under § 1328(b).

THIS IS NOTICE that the case will be closed without entry of a discharge unless the statement is filed within the applicable time limit under Rule 1007(c) as explained above.

Dated: 3/19/18

Diane Zech
Clerk, U.S. Bankruptcy Court

Copy mailed to debtor:

Randal D. Miller
2601 Norman Circle
Lincoln, NE 68512