IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK17-40617 |
| | ) | CHAPTER 7 |
| RANDAL D. MILLER, | ) | |
| | ) | |
| Debtor. | ) | |

## SUBSTITUTION OF COUNSEL AND WITHDRAWAL OF COUNSEL

COMES NOW John C. Hahn, and hereby enters his appearance as counsel of record for the Debtor herein; that Christopher W. Peterson hereby withdraws as counsel for the Debtor herein for the reason that he will no longer be employed at the law firm of Wolfe, Snowden, Hurd, Luers & Ahl, LLP, as of May 14, 2018.

WHEREFORE, the undersigned prays that the Court enter an Order allowing the substitution of John C. Hahn and withdrawal of Christopher W. Peterson as counsel for the Debtor herein, and for such other and further relief as deemed appropriate by the Court.

Dated May 7, 2018.

RANDAL D. MILLER, Debtor

WOLFE, SNOWDEN, HURD, LUERS & AHL, LLP
Attorneys at Law
Wells Fargo Center
1248 "O" Street, Suite 800
Lincoln, NE 68508
(402) 474-1507

By:   /s/ John C. Hahn, #15068

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served upon the following by electronic mail on May 7, 2018:

US Trustee
Chapter 7 Trustee

/s/ John C. Hahn, #15068
Attorney of Record