United States Bankruptcy Court
District of Nebraska

In re:                                                          Case No. 17-40617-TLS
Randal D. Miller                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0867-4          User: autodocke          Page 1 of 2          Date Rcvd: May 22, 2018
                              Form ID: B318            Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db              +Randal D. Miller,   2601 Norman Circle,   Lincoln, NE 68512-2030
aty             +Christopher W. Peterson,   Wolfe, Snowden, Hurd, Luers & Ahl, LLP,   1248 O Street, Ste 800,
                  Lincoln, NE 68508-1445
tr              +Kathleen Laughlin,   Chapter 13 Trustee's Office,   13930 Gold Circle,   Suite 201,
                  Omaha, NE 68144-2304
4705387         +ACCOUNTS RECEIVABLE SOLUTIONS,   7121 A STR,   SUITE 102,   LINCOLN, NE 68510-4289
4671397        #+Associated Anesthesiologists,   6911 Van Dorn, Ste. 2,   Lincoln, NE 68506-6801
4671402         +Bryan Medical Center,   PO Box 6991,   Lincoln, NE 68506-0991
4671403         +Chase,   Attn:  Bankruptcy Dept.,   PO Box 659754,   San Antonio, TX 78265-9754
4671404         +Consultants in Gastroenterology,   1730 S. 70th St., Ste. 110,   Lincoln, NE 68506-1680
4671405         +Countrywide Home Loans, Inc.,   155 N. Lake Ave.,   Pasadena, CA 91101-1849
4671406         +Credit Management,   105 N. Wheeler,   PO Box 1512,   Grand Island, NE 68802-1512
4671407          Edward E. Brink,   10866 W. Dodge Rd., Ste. 230,   Omaha, NE 68154
4671408         +Eye Surgical Associates,   1710 S. 70th St.,   Lincoln, NE 68506-1677
4671410         +Federal National Mortgage Association,   14221 Dallas Parkway, Ste. 1000,
                  Dallas, TX 75254-2946
4671409         +Federal National Mortgage Association,   c/o Seterus, Inc.,   14523 SW Millikan Way, #200,
                  Beaverton, OR 97005-2352
4671411         +Hruska Physical Therapy Clinic, Inc.,   5241 R St.,   Lincoln, NE 68504-3422
4671412         +Inpatient Physicians,   PO Box 6971,   Lincoln, NE 68506-0971
4671413         +Integrated Cardiology Group,   1600 S. 48th St., Ste. 600,   Lincoln, NE 68506-1275
4671414         +Kansas Counselors,   PO Box 14765,   Lenexa, KS 66285-4765
4671415         +Lancaster County Attorney,   575 S. 10th Street,   Lincoln, NE 68508-2810
4671416         +Lancaster County Treasurer,   555 S. 10th Street,   Lincoln, NE 68508-2860
4671418         +Lincoln Fire,   555 S. 10th St., Box 28,   Lincoln, NE 68508-2803
4784060          Lincoln Fire & Rescue,   555 South 10th Street, #28,   Lincoln, NE 68508-2803
4671420         +Lincoln Pulmonary,   2222 S. 16th St., Ste. 405,   Lincoln, NE 68502-3793
4671421         +Lincoln Radiology,   PO Box 7239,   Loveland, CO 80537-0239
4671422         +Lincoln Surgical Group,   4740 A St., Ste. 100,   Lincoln, NE 68510-4854
4671423         +Lincoln Surgical Hospital,   1710 S. 70th St.,   Lincoln, NE 68506-1682
4671424         +Lisa I. Mansur, MD,   3401 Plantation Dr., Ste. 160,   Lincoln, NE 68516-4712
4671425         +Merchants Credit Adjusters,   4005 S. 148th St.,   Omaha, NE 68137-5561
4784061          NE Heart Institute PC,   2672 Solution Center,   Chicago, IL 60677-2006
4671426         +Nebraska Emergency Medicine,   PO Box 310457,   Des Moines, IA 50331-0457
4671427         +Nebraska Heart Institute PC,   2000 Q St., Ste. 500,   Lincoln, NE 68503-3610
4671428         +Nebraska Hematology Oncology,   4004 Pioneer Woods Dr.,   Lincoln, NE 68506-7548
4671429         +Nebraska Orthopaedic and Sports Medicine,   575 S. 70th St., Ste. 200,   Lincoln, NE 68510-2471
4671431          Pathology Medical Services,   5440 South St.m, Ste. 200,   Lincoln, NE 68506
4784062         +Pathology Medical Services,   Box 82653,   Lincoln, NE 68501-2653
4671432         +Physicians Network, PC,   2000 Q St., Ste. 500,   Lincoln, NE 68503-3610
4784063         +Radiology Associates,   7601 Pioneers Blvd.,   PO Box 82568,   Lincoln, NE 68501-2568
4745790          Seterus, Inc.,   PO Box 1047,   Hartford, CT 06143-1047
4671435         +Seterus, Inc.,   Attn:  Bankruptcy Dept.,   PO Box 1047,   Hartford, CT 06143-1047
4671436         +St. Elizabeth Hospital,   Attn:  Bankruptcy Dept.,   555 S. 70th St.,   Lincoln, NE 68510-2494
4671437         +St. Elizabeth Hospital,   3531 Solutions Center,   Chicago, IL 60677-3005
4784064         +The Nebraska Neurosurgery Group,   Suite 110,   6041 Village Drive,   Lincoln, NE 68516-5774
4671438         +Union Planters Bank National Association,   Attn:  Post Closing Dept.,   PO Box 1718,
                  Memphis, TN 38101-1718
4671439         +Urology PC,   5500 Pine Lake Road,   Lincoln, NE 68516-3389

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4677353          E-mail/Text: ebn@aaa-coll.com May 22 2018 22:15:38     AAA COLLECTIONS, INC.,   P O BOX 881,
                  SIOUX FALLS, SD 57101-0881
4671396         +E-mail/Text: nestar@acsiwest.com May 22 2018 22:15:42     American Collection System,
                  407 S. 21st St.,   Laramie, WY 82070-4323
4684550         +EDI: ATLASACQU.COM May 23 2018 02:08:00     Atlas Acquisitions LLC,   294 Union St.,
                  Hackensack, NJ 07601-4303
4671398         +E-mail/Text: jpietig@aamsonline.com May 22 2018 22:15:23     Automated Accounts Management Sv.,
                  4800 Mills Civic Pkwy., #202,   West Des Moines, IA 50265-5265
4671399          EDI: BANKAMER2.COM May 23 2018 02:08:00     Bank of America,   Attn:  Bankruptcy Dept.,
                  475 Cross Point Pkwy., PO Box 9000,   Getzville, NY 14068-9000
4671400         +EDI: BANKAMER.COM May 23 2018 02:08:00     Bank of America, NA,   Attn:  Bankruptcy Dept.,
                  7105 Corporate Drive,   Plano, TX 75024-4100
4671401         +E-mail/Text: sarah.dean@bryanheart.com May 22 2018 22:15:09     Bryan Heart,
                  1600 S. 48th St., Ste. 600,   Lincoln, NE 68506-1299
4690651          EDI: IRS.COM May 23 2018 02:08:00     Internal Revenue Service,
                  Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA  19101-7346
4671417         +E-mail/Text: zzzdocs@yahoo.com May 22 2018 22:15:40     Lincoln Anesthesiology Group,
                  575 S. 70th St., Ste. 305,   Lincoln, NE 68510-2471
4671419         +E-mail/Text: jschadt@ortholinc.com May 22 2018 22:15:39     Lincoln Orthopaedic Center,
                  6900 A St.,   Lincoln, NE 68510-4141
4721221          E-mail/Text: rev.bnc@nebraska.gov May 22 2018 22:15:51     Nebraska Department of Revenue,
                  Att: Bankruptcy Unit,   PO Box 94818,   Lincoln, NE 68509-4818

```
District/off: 0867-4          User: autodocke        Page 2 of 2            Date Rcvd: May 22, 2018
                              Form ID: B318           Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4690652         E-mail/Text: rev.bnc@nebraska.gov May 22 2018 22:15:51      Nebraska Dept. of Revenue,
                  Attn: Bankruptcy Unit,   PO Box 94818,   Lincoln, NE  68509-4818
4671655        +EDI: PRA.COM May 23 2018 02:08:00      PRA Receivables Management, LLC,   PO Box 41021,
                  Norfolk, VA 23541-1021
4671433        +E-mail/Text: marie@pcrpays.com May 22 2018 22:15:43      Professional Choice,   PO Box 5234,
                  Lincoln, NE 68505-0234
4671434         E-mail/Text: mtg.bankruptcy@regions.com May 22 2018 22:15:24      Regions Bank,   PO Box 18001,
                  Hattiesburg, MS 39404-8001
                                                                                         TOTAL: 15


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
cr*           +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
4720009*      +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
4671430     ##+Nebraska Trauma  Acute Care,   2300 S. 16th St.,   Lincoln, NE 68502-3704
                                                                              TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
```
              Jerry  Jensen    ustpregion13.om.ecf@usdoj.gov
              John C. Hahn    on behalf of Debtor Randal D. Miller bankruptcy@wolfesnowden.com
              Lisa C. Billman    on behalf of Creditor   Federal National Mortgage Association (Fannie Mae), by
               Seterus, Inc. nebkecf@southlaw.com,,  lisa.billman@southlaw.com
              Thomas D. Stalnaker    t.stalnaker@sbbpc.com,  NE07@ecfcbis.com
              Wendee N. Elliott-Clement    on behalf of Creditor   Federal National Mortgage Association (Fannie
               Mae), by Seterus, Inc. nebkecf@southlaw.com
                                                                                         TOTAL: 5
```

---

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Randal D. Miller | Social Security number or ITIN   xxx–xx–1954 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of Nebraska

Case number:   17–40617–TLS

---

## Order of Discharge

**12/15**

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Randal D. Miller

5/22/18

**By the court:**   Thomas L. Saladino
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                **Order of Discharge**                page 2